IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01035-WJM-BNB

LANX, INC.,

Plaintiff,

v.

PIONEER SURGICAL TECHNOLOGY, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Appear by Telephone** [docket no. 22, filed July 5, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and any out-of-state counsel may appear telephonically by calling Chambers at **303-844-6408** on **July 11, 2013, at 9:00 a.m. Mountain Daylight Time**. Both plaintiff's out-of-state counsel and defendant's out-of-state counsel must coordinate and work together so only one conference call comes in at the time of the hearing.

DATED: July 8, 2013