IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01035-WJM-BNB

LANX, INC.,

      *Plaintiff,*

v.

PIONEER SURGICAL TECHNOLOGY, INC.,
and
RTI SURGICAL INC.,

      *Defendants.*

## ORDER JOINING RTI SURGICAL INC. AS DEFENDANT

THIS MATTER comes before the Court on Plaintiff Lanx, Inc.'s Unopposed Motion Under Fed. R. Civ. P. 25(c) to Join Party RTI Surgical Inc. as a Defendant (the "Motion"). The Court, being fully advised in the premises, hereby GRANTS the Motion.

RTI Surgical Inc. is joined as a Defendant in the above-captioned lawsuit.

Dated: August 15, 2013

                                                          Hon. Boyd N. Boland
                                                          United States Magistrate Judge