IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01035-WJM-BNB

LANX, INC.,

Plaintiff,

v.

PIONEER SURGICAL TECHNOLOGY, INC., and
RTI SURGICAL INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion Under Fed.R.Civ.P. 16(b)(4) to Modify Scheduling Order** [docket no. 39, filed November 18, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Initial Fact Discovery Cut-off: | **December 13, 2013**; |
| Opening claim construction briefs due: | **January 10, 2014**; |
| Responsive claim construction briefs due: | **February 7, 2014**. |

DATED:  November 18, 2013