**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1035-WJM-BNB

LANX, INC.,

      Plaintiff,

v.

PIONEER SURGICAL TECHNOLOGY, INC., and
RTI SURGICAL, INC.,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Joint Motion Requesting Order of Dismissal, filed June 9, 2014 (ECF No. 62).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion Requesting Dismissal is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over the Parties to the extent necessary to enforce the arbitration provision of their settlement agreement and to enter judgment on any decisions or awards rendered by the arbitrator until March 3, 2031.

Dated this 10th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge